UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE KLEIN,                                                                Case No.

      Plaintiff,

vs.

PROFESSIONAL ACCOUNT
SERVICES, INC.

      Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant, Professional Account Services, Inc. ("PASI"), by its attorneys, submits this Notice of Removal pursuant to 28 U.S.C. § 1331, 1441(a) and 1446. As grounds for this removal, PASI states as follows.

    1.    PASI is named as the defendant in a civil action Plaintiff, Stephanie Klein ("Plaintiff"), filed on March 23, 2021 in the County Court for the Sixth Judicial Circuit in and for Pinellas County, Florida, bearing case number 21-002534-CO, and styled as *Stephanie Klein v. Professional Account Services, Inc.* (the "State Court Action").

    2.    On March 25, 2021, Plaintiff served PASI with the Summons and Complaint in the State Court Action. *See* Exhibit A hereto (copy of the State Court Complaint).

    3.    This Notice of Removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a) because it is filed within 30 days of the date when PASI received a copy of the Complaint, excluding "the day of the act, event, or default from which the designated period of time beings to run" and the last day if it is a Saturday, Sunday, or legal holiday.

4. PASI has not yet filed an answer or otherwise responded to the Complaint in the State Court Action.

5. Removal to this District Court is proper because this is the district which embraces the county in which Plaintiff filed the State Court Action, within the meaning of 28 U.S.C. § 1441(a).

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), because the lone cause of action pled in the Complaint, Count I, arises under the federal Fair Debt Collection Practices Act, specifically 15 U.S.C. § 1692g.

7. As required by 28 U.S.C. § 1446(d), PASI is providing written notice of the removal of this action to Plaintiff and to the court in the State Court Action contemporaneously with filing this Removal.

8. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit A is an accurate copy of the State Court Action Complaint and attached as Exhibit B are all remaining state court documents filed in the State Court Action as of the filing of this Removal.

WHEREFORE, Defendant, Professional Account Services, Inc. requests that the State Court Action be removed from state court to this Court, and that this Court assume jurisdiction over the action and determine it on the merits.

Dated: April 23, 2021	Respectfully submitted,

        **PROFESSIONAL ACCOUNT SERVICES, INC.,**

By:   /s/ Christopher P. Hahn
       Christopher P. Hahn, Esq.
       Fla. Bar No. 87577
       MAURICE WUTSCHER LLP
       2255 Glades Road, Suite 324A
       Boca Raton, FL 33431
       Tel: (772) 237-3410
       Fax: (866) 581-9302
       chahn@MauriceWutscher.com
       litigation@MauriceWutscher.com

### Certificate of Service

I, Christopher P. Hahn, an attorney, hereby certify that on **April 23, 2021**, service of a true and correct copy of this document and any referenced exhibits was accomplished by regular first class mail to the following:

Sean E. McEleney, Esq.
Aaron M. Swift, Esq.
Jordan T. Isringhaus, Esq.
Jon P. Dubbeld, Esq.
Swift, Isringhaus & Dubbeld, P.A.
10460 Roosevelt Blvd. N., Suite 313
St. Petersburg, FL 33716
smceleney@swift-law.com
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
jmurphy@swift-law.com
*Attorneys for Plaintiff*

       /s/ Christopher P. Hahn